# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Frank A. Sweeney** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: James Hatch | INTERPRETER: No |
| Telephone No.: (208) 576-0598 | If YES, language: |
| AGENCY: U.S. Postal Service | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2261A(2) | ONE | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 2261A(2) | TWO | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |

Date: March 4, 2019    Assistant U.S. Attorney: KASSANDRA J. MCGRADY
Telephone No.: (208) 334-1211